UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL GOMEZ-CERVANTES,<br><br>                       Petitioner,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                       Respondents. | CASE NO. C19-944-RSM-BAT<br><br>**ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME** |

The parties' stipulated motion for extension of time, Dkt.7, is **GRANTED**. Respondents shall file their habeas return on or before **August 23, 2019**.

DATED this 8th day of August, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge