UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL GOMEZ-CERVANTES,<br><br>                Petitioner,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                Respondents. | CASE NO. C19-944-RSM<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Government's motion to dismiss (Dkt. 10) is GRANTED.

(3) Petitioner's habeas petition is DENIED.

(4) This action is DISMISSED with prejudice.

\\

\\

ORDER OF DISMISSAL - 1

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 3rd day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2